

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

C.R.G. SRL,

\* From the 142nd District Court
of Midland County,
Trial Court No. CV61088.

No. 11-25-00171-CV

\* October 23, 2025

Dominga De Jesus a/n/f of N.D.L.S.,
a child,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered C.R.G. SRL's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against C.R.G. SRL.